IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:
    WINMAR PIZZA, L.P.             CASE NO. 09-33027
                                            (Chapter 11)

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims..  The list is prepared in accordance Fed.R.Bankr.P. 1007(d) for filing in this chapter 11 case.  The list does not include (1) person who come within the definition of " insider" set for in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecure deficiency places the creditor among the holders of the 20 larges unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C 112 and Fed.R.Bankr.P. 1007(m).

| *Name, Address Telephone* | *Nature of Claim* | *Disputed, Contingent Unliquidated* | *Amount* |
|---|---|---|---|
| Ace Mart Restaurant Supply<br>(210) 323-4400<br>PO Box 974297<br>Dallas, TX, 75397-4297, | Trade | | $849.80 |
| Aramark Uniform Services<br>(281) 499-4506<br>P.O. Box 1339<br>Stafford, TX  77497-1339 | Trade | | $2,051.11 |
| AT&T 713- A08 0036-636<br>(800) 559-7928<br>PO Box 5001<br>Carol Stream, IL 60197-5001 | Trade | | $3,107.73 |
| Auto -Chlor Eastlease Fiber Tech<br>(504) 219-2140<br>Department #205<br>PO Box 4869<br>Houston, TX 77210-4869 | Trade | | $4,291.57 |

| Name / Contact | Type | Amount |
|---|---|---|
| Awesome Marketing<br>(972) 745-4205<br>1080 W. Bethel Rd.<br>Coppell, TX 75019-4427 | Trade | $171,235.86 |
| Centerpoint Energy<br>(713) 659-2111<br>PO Box 4981<br>Houston, TX 77210-4981 | Utility | $3,708.85 |
| City of Houston Water<br>(713) 371-1265<br>PO Box 1560<br>Houston, TX 77251 | Utility | $1,034.94 |
| Coca Cola USA<br>(800) 638-1985<br>P O Box 102499<br>Atlanta, GA 30368 | Trade | $915.87 |
| Community Coffee<br>(800) 577-2729<br>P O Box 60141<br>New Orleans, LA 70160 | Trade | $1,399.35 |
| Current Energy Building Solutions<br>(469) 533-6100<br>5440 Harvest Hill Road<br>Dallas, TX 75230 | Utility | $4,133.67 |
| Direct Energy Business<br>(888) 925-9115<br>PO Box 676863<br>Dallas, TX 75267-6863 | Utility | $9,904.81 |
| JMC Restaurant Distribution, Inc.<br>(972) 745-4205<br>1080 W. Bethel Rd.<br>Coppell, TX 75019-4427 | Trade | $13,500.00 |
| Liquid Environmental Solutions<br>(866) 694-7327<br>PO Box 671064<br>Dept 3<br>Dallas, TX 75267-1064 | Trade | $2,744.52 |

| Creditor | Type | Status | Amount |
|---|---|---|---|
| Momentum Signs, LLC<br>(713) 789-7446<br>6343 Skyline Drive<br>Suite 100<br>Houston, TX 77057 | Trade | | $1,271.29 |
| National Cinemedia, LLC<br>(303) 792-4970<br>PO Box 17491<br>Denver, CO 80217-0491 | Trade | | $1,030.00 |
| Nuco2 Inc<br>(800) 472-2855<br>PO Box 9011<br>Stuart, FL 34995 | Trade | | $2,016.72 |
| Reid's Refrigeration<br>(281) 351-9922<br>P.O. Box 929<br>Tomball, TX 77377-0929 | Trade | | $4,797.08 |
| Third Coast Produce<br>(713) 924-4020<br>8255 Tewantin Dr<br>Houston, TX 77061-4698 | Trade | | $33,650.09 |
| Triangle Shopping Centers, LP<br>(713) 552-1234<br>c/o Leonard C. Meyer<br>3040 Post Oak Blvd<br>Suite 1300<br>Houston, TX 77056 | Breach of lease | disputed | $345,000 |
| Waste Management<br>(713) 686-6666<br>P. O. Box 660345,<br>Dallas, TX 75266-0345 | Trade | | $2,015.69 |

May 14, 2009

/s/ Norman Winton
Manager, TEG Pizza GP, LLC,
general partner of Winmar Pizza,
L.P.