| Entity | StoreNum | Address1 | Address2 | City | State | Zip | County |
|---|---|---|---|---|---|---|---|
| TEG Pizza Partners Indiana, L.P. | 351 | 4740 West 38th St | | Indianapolis | IN | 46254 | Marion |
| TEG Pizza Partners Indiana, L.P. | 355 | 3459 W 86th Street | | Indianapolis | IN | 46268 | Marion |
| TEG Pizza Partners Indiana, L.P. | 360 | 9982 East Washington St | | Indianapolis | IN | 46229 | Marion |
| TEG Pizza Partners Indiana, L.P. | 556 | 3861 St. Rd. 26 East | Suite 2 | Lafayette | IN | 47905 | Tippecanoe |
| TEG Pizza Partners Indiana, L.P. | 635 | 3650 S. East St. | | Indianapolis | IN | 46227 | Marion |
| Pizza Partners of Ohio, Ltd. | 420 | 5432 Westpointe Dr. | | Columbus | OH | 43228 | Franklin |
| Pizza Partners of Ohio, Ltd. | 438 | 1335 StoneRidge Dr. | | Gahanna | OH | 43230 | Franklin |
| Pizza Partners of Ohio, Ltd. | 462 | 714 N. State Street | | Westerville | OH | 43082 | Delaware |
| Pizza Partners of Ohio, Ltd. | 478 | 152 Clint Drive | | Pickerington | OH | 43147 | Fairfield |
| Pizza Partners of Ohio, Ltd. | 546 | 7048 Hospital Drive | | Dublin | OH | 43016 | Franklin |
| Pizza Partners of Ohio, Ltd. | 636 | 1786 Stringtown Road | | Grove City | OH | 43123 | Franklin |
| **Store Count** | **11** | | | | | | |