Davor Rukavina, Esq.
Texas Bar No. 24030781
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-5359

ATTORNEYS FOR
MUCHO PIZZA, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 09-33027-bjh-11 |
| WINMAR PIZZA, L.P.., *et. al.* | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

## **MUCHO PIZZA WITNESS AND EXHIBIT LIST FOR MARCH 15, 2010 HEARING**

TO THE HONORABLE BARBARA J. HOUSER, CHIEF U.S. BANKRUPTCY JUDGE:

COMES NOW Mucho Pizza, LLC ("Mucho Pizza"), a party-in-interest in the above styled and numbered jointly administered bankruptcy case, and files this its *Witness and Exhibit List* for the sale hearing scheduled for March 15, 2010.

### I. WITNESSES

1. Guillermo Perales;

2. Luis Ibarguengoyita;

3. Rick Dobbyn;

4. Bruce Hvidsten;

5. any rebuttal witnesses; and

6. any person designated as a witness by any other party.

## II. EXHIBITS

A. Adequate Assurance Package;

B. Asset Purchase Agreement;

C. Any document that the Court may take judicial notice of;

D. Pro-Forma (requested *in camera* review of submission under seal);

E. Documents on the docket of the Bankruptcy Case; and

F. Rebuttal and impeachment documents as may be necessary.

RESPECTFULLY SUBMITTED this 11th day of March, 2010.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
3800 Lincoln Plaza
500 North Akard
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**ATTORNEYS FOR MUCHO PIZZA, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 11th day of March, 2010, a true and correct copy of this document was electronically served by the Court's ECF system on all parties entitled to notice in this case.

By: /s/ Davor Rukavina
Davor Rukavina, Esq.